IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SARAH A. FRAZIER                :
                                :
                                :
                                :
  V.                            :     C.A. NO. 02-4848
                                :
                                :
                                :
THOMAS JEFFERSON HOSPITAL       :

WEINER, J.                            July 23, 2002

## ORDER

The motion of plaintiff to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

_____
CHARLES R. WEINER