IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| SARAH FRAZIER | : | |
| | : | |
| | : | |
| | : | |
| V. | : | C.A. NO. 02-4848 |
| | : | |
| | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY | : | |
| HOSPITAL | : | |


WEINER, J.                                    August 8, 2002


## **ORDER**

Plaintiff is ORDERD to complete Form USM 285 and return it to the United States Marshal.

The United States Marshal is APPOINTED to make service on defendant.

IT IS SO ORDERED.


_____
CHARLES R. WEINER