UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH A. FRAZIER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 02-CV-4848 |
| | : | |
| THOMAS JEFFERSON UNIVERSITY HOSPITAL | : | |
| | : | |
| Defendant. | : | |

ENTRY OF APPEARANCE

Please enter our appearance on behalf of Defendant Thomas Jefferson University Hospital.

Respectfully submitted,


/s/ *Raymond A. Kresge*
RAYMOND A. KRESGE
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor
18th & Arch Streets
Philadelphia, PA 19103-2756
(215) 567-7500

and

MARJORIE H. GORDON
Thomas Jefferson University
1020 Walnut Street
Suite 610
Philadelphia, PA 19107-5587
(215) 955-8585

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September 2002, I caused to be served a true and correct copy of the foregoing Entry of Appearance by first-class mail postage prepaid upon plaintiff:

        Sarah Frazier
        5015 N. 9th Street
        Philadelphia, PA 19141


        /s/ *Raymond A. Kresge*
        RAYMOND A. KRESGE