<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD:  December 3, 2002        NO.  02-4848

CASE CAPTION: FRAZIER
                    V
              THOMAS JEFFERSON HOSPITAL


1.  TRIAL COUNSEL           FOR PLAINTIFF: PRO SE

                            FOR DEFENDANT: R. KRESGE


2.  STATUS OF CASE:   DEFENDANT WILL SEND PLAINTIFF AND THE COURT A COPY OF EEOC FINDINGS.  DEFENDANT WILL ARRANGE CONFERENCE CALL THEREAFTER.


3.  TRIAL DATE:

4.  JURY/NONJURY:

5.  PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS
    OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF    :
        DEFENDANT(S):

NOTE:  ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL
       AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED
       TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                                    SO ORDERED:


                                    _____
                                        CHARLES R. WEINER