IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SARAH A. FRAZIER                  :
                                  :
                  Plaintiff,      :
                                  :
        v.                        :
                                  :
THOMAS JEFFERSON UNIVERSITY       :    Civil Action No. 02-CV-4848
HOSPITAL                          :
                                  :
                  Defendant.      :

ORDER

AND NOW, this _____ day of _____, 2001, upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED that the above-captioned lawsuit is DISMISSED with prejudice, with each party to bear her/its own attorneys' fees and costs.

_____
                                                                            J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH A. FRAZIER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY HOSPITAL | : | Civil Action No. 02-CV-4848 |
| | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL

It is hereby stipulated between the parties, by their counsel, that all claims in the above-captioned lawsuit have been amicably resolved and that the above-captioned lawsuit should be dismissed with prejudice, with each party to bear her/its own attorneys' fees and costs.

Respectfully submitted,

_____  
KEVIN I. LOVITZ  
Anapol, Schwartz, Weiss, Cohan Feldman and Smalley, P.C.  
1710 Spruce Street  
Philadelphia, PA 19103  
(215) 790-4557  

Attorney for Plaintiff

_____  
RAYMOND A. KRESGE  
Klett Rooney Lieber & Schorling, P.C.  
Two Logan Square  
Twelfth Floor  
Philadelphia, Pennsylvania 19103-2756  
(215) 567-7500  

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2003, I caused to be served a true and correct copy of the Stipulation of Dismissal by first-class mail postage prepaid upon plaintiff's counsel:

        Kevin I. Lovitz, Esquire
        Anapol, Schwartz, Weiss, Cohan
          Feldman and Smalley, P.C.
        1710 Spruce Street
        Philadelphia, PA  19103

_____
RAYMOND A. KRESGE